Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
mail@ch13bk.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ALYSON RENEE WALLACE,<br><br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 2-23-bk-04443 MCW<br><br>**TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND CERTIFICATE OF SERVICE**<br><br>Court Claim Number: 4<br>Response Deadline: 6/17/2024 |

Russell Brown, Chapter 13 Trustee, pursuant to 11 U.S.C. §§ 502(b)(1), 1302; Rule 3007, F.R.B.P.; and Rule 3007-1(a). L.R.B.P., objects to the following proof of claim:

| | |
|---|---|
| BUREAU OF MEDICAL ECONOMICS<br>P.O. BOX 20247<br>PHOENIX, AZ 85036-0247 | Claim Number: 004<br>Account Number: 3486<br>Date Filed: 7/19/2023 |

<u>Your claim may be reduced, modified or eliminated</u>. The Trustee is objecting to the proof of claim as it appears the claim is no longer enforceable against the Debtor. 11 U.S.C. § 502(b)(1). Payments and correspondence sent to the creditor are being returned by the post office as undeliverable. The phone numbers listed on the creditor's website (602-252-3469 and 800-439-8561) are not answered. The website for the Arizona Corporation Commission states that the corporation Bureau of Medical Economics (BME) is inactive. The website for the Better Business Bureau (www.bbb.org) states it appears the BME is no longer in business.

Typically, the Trustee would wait to the end of the case and see if the creditor's circumstances have changed. If the circumstances changed such that the creditor would accept the funds, the Trustee would pay the creditor. However, the Trustee asserts that this creditor will no longer accept funds, whether now or later, and would never attempt to recover unclaimed funds.

The Trustee has paid the claimant $0.00. The Trustee requests that the Court disallow the claim with no disbursement by the Trustee.

**The Trustee gives notice that the Bankruptcy Court will sustain the objection and grant the relief sought by the Trustee, unless by 6/17/2024**, Claimant files a written response with the Bankruptcy Court and serves a copy on the Trustee. Rule 3007-1(b),

If the Claimant timely files a response and the parties are unable to resolve the Objection, the Trustee will set the matter for a hearing before the Bankruptcy Court and provide notice to the claimant at least 30 days before the hearing. If Claimant files a late response or no response, the Trustee will upload an Order sustaining his Objection.

The undersigned person certifies that by the date signed below that he/she served or caused to be served a copy of the Trustee's Objection to Proof of Claim on the Claimant and the attorney for the Debtor at the addresses or email addresses as set out below.

*/s/ Russell Brown, Trustee*
———————————————
Russell Brown, Trustee
Rachel Flinn, Attorney for Trustee

PHOENIX FRESH START
THOMAS ADAMS MCAVITY
4131 MAIN STREET
SKOKIE, IL 60076
Attorney for Debtor

*documents@phxfreshstart.com;to
m@nwrelief.com;
faiza@phxfreshstart.com*

BME SERVICES BUREAU
BUREAU OF MEDICAL ECONOMICS
P.O. BOX 20247
PHOENIX, AZ  85036-0247